DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WELLS FARGO BANK, N.A.,**
Appellant,

v.

**ALICIA VOGEL** and **HOWARD H. VOGEL ET AL.,**
Appellees.

No. 4D18-255

[August 16, 2018]

Appeal of non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502012CA010116.

Sara F. Holladay-Tobias, Monica L. Haddad Forbes, and Emily Y. Rottman of McGuireWoods LLP, Jacksonville, for appellant.

Brian K. Korte of Korte and Wortman, P.A., West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and CIKLIN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***